UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| POSTMEDS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:23-cv-00648 (TSE/JFA) |
| DRUG ENFORCEMENT ADMINISTRATION, | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Postmeds, Inc. and Defendant Drug Enforcement Administration hereby stipulate to the dismissal of this matter. Each party will bear its own costs, expenses, and attorneys' fees.

Dated: September 29, 2023

Respectfully submitted,

s/ Brian R. Iverson
Brian R. Iverson (VA Bar No. 92632)
BASS, BERRY & SIMS PLC
1201 Pennsylvania Avenue NW, Suite 300
Washington, D.C. 20004
Telephone (202) 827-2950
Facsimile (615) 742-6293
biverson@bassberry.com

s/ Lisa S. Rivera
Lisa S. Rivera (*pro hac vice*)
Brian F. Irving (*pro hac vice*)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200

Facsimile (615) 742-6293
lrivera@bassberry.com
birving@bassberry.com

*s/ James M. Cole*
James M. Cole (*pro hac vice*)
Brenna E. Jenny (*pro hac vice*)
Cody Akins (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone (202) 736-8000
Facsimile (202) 736-8711
jcole@sidley.com
bjenny@sidley.com
cakins@sidley.com

*Counsel for Postmeds, Inc.*


*s/ Matthew J. Mezger*
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3741
Fax: (703) 299-3983
Matthew.Mezger@usdoj.gov

*s/ Alexandra R. Saslaw*
ALEXANDRA R. SASLAW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-4520
Alexandra.R.Saslaw@usdoj.gov

*Counsel for Defendant*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2023, the foregoing document was electronically filed using the Court's Electronic Filing System, which will send a Notice of Electronic Filing to:

Matthew J. Mezger
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Ave.
Alexandria, VA 22314

Alexandra Rachel Saslaw
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530

                                      *s/ Brian R. Iverson*