IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **POSTMEDS, INC.** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:23-cv-648 |
| ) | |
| **DRUG ENFORCEMENT** ) | |
| **ADMINISTRATION,** ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the Court on the parties' Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. (Dkt. 40). The parties indicate that they have agreed to dismiss all claims, with each side to bear its own costs and fees.

Accordingly,

It is hereby **ORDERED** that all claims are **DISMISSED WITHOUT PREJUDICE** and the case is hereby **CLOSED**.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
October 3, 2023

/s/
T. S. Ellis, III
United States District Judge